CO-386-online
10/03

# United States District Court
# For the District of Columbia

Philip Garland, Garland Construction, )
Inc., & Wandering Streams, Inc. )
)
)
                 Plaintiff )
vs )   Civil Action No._____
)
U.S. Dept. of Housing and Urban Development, )
Alphonso Jackson, Secretary of HUD, and )
Margarita Maisonet, Debarring Official for HUD )
)
                 Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Garland Construction, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Ellen C. Brotman Esq_ (signature)
Signature

Ellen C. Brotman, Esquire
Print Name

BAR IDENTIFICATION NO.

Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street
Address

Philadelphia, PA 19109
City   State   Zip Code

215-772-1500
Phone Number