CO-386-online
10/03

# United States District Court
# For the District of Columbia

Philip Garland, Garland Construction, )
Inc., & Wandering Streams, Inc. )
)
)
              Plaintiff )
vs )   Civil Action No._____
)
U.S. Dept. of Housing and Urban Development, )
Alphonso Jackson, Secretary of HUD, and )
Margarita Maisonet, Debarring Official for HUD )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Wandering Streams, Inc._____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                      Attorney of Record

                      _/s/ Ellen C. Brotman_
                      Signature

BAR IDENTIFICATION NO.         Ellen C. Brotman, Esquire
                      Print Name

                      Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street
                      Address

                      Philadelphia, PA 19109
                      City        State        Zip Code

                      215-772-1500
                      Phone Number