AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  October 1, 2007 |
| NAME OF SERVER *(PRINT)*  Howard Broder | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Mrs. Baum*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 3, 2007     *[signature]*
            Date                    Signature of Server

C&E Legal Services
1341 N. Delaware Avenue
Suite 303
Philadelphia, PA 19125

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PHILIP GARLAND, GARLAND
CONSTRUCTION, INC., AND WANDERING
STREAMS, INC.,

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT, ALPHONSO JACKSON,
Secretary of HUD, and MARGARITA MAISONET,
Debarring Official for HUD

CASE NUMBER:

TO: (Name and address of Defendant)

The Honorable Jeffrey A. Taylor
United States Attorney
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen C. Brotman, Esquire
Montogomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     DATE _____
CLERK

_____
(By) DEPUTY CLERK