UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP GARLAND, et al., )<br>  )<br>   Plaintiffs, )<br>  )<br>   v. )<br>  )<br>U.S. DEPARTMENT OF HOUSING & )<br>URBAN DEVELOPMENT, et al., )<br>  )<br>   Defendants. ) | Civil No. 07-1641 (RWR) |

**PLAINTIFFS' UNOPPOSED MOTION FOR A CONTINUANCE
OF INITIAL SCHEDULING CONFERENCE**

Pursuant to the Court's Order dated December 6, 2007, Plaintiffs' respectfully move the Court for a continuance of the Initial Scheduling Conference currently set for December 21, 2007.

In support of this Motion, Plaintiffs aver as follows:

1.    Plaintiffs Philip Garland, Garland Construction, Inc., and Wandering Streams, Inc., ("Plaintiffs"), seek judicial review under the Administrative Procedure Act, 5 U.S.C. 702, of a decision by the United States Department of Housing and Urban Development ("HUD") debarring plaintiffs and their affiliates from participating in procurement and non-procurement transactions with HUD for a period of six years.

2.    In the Court's December 6, 2007 Order, the Initial Scheduling Conference in this case was set for December 21, 2007 at 9:15 a.m.

3.    Due to pre-existing commitments that cannot be rescheduled, Plaintiffs' counsel

is unable to attend the initial scheduling conference on this date.

    4.      Defendants do not oppose this motion for a continuance.

    5.      Plaintiffs and defendants have conferred, and propose the following alternative dates for the initial scheduling conference:

>January 3, 2008 [morning only]
>
>January 7, 2008
>
>January 8, 2008

    6.      Plaintiffs respectfully request a continuance of the Initial Scheduling Conference to one of the proposed alternative dates, listed above.

Respectfully submitted,

Date:   December 17, 2007

/s/ Ellen C. Brotman
Ellen C. Brotman
Montgomery, McCracken,
      Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-7683
ebrotman@mmwr.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a copy of Plaintiffs' unopposed Motion for a Continuance of Initial Scheduling Conference was served electronically upon the following:

> Marina Utgoff Braswell, Esquire
> Assistant United States Attorney
> U.S. Attorneys Office for the District of Columbia
> 555 Fourth Street, NW
> Room 10-413
> Washington, D.C. 20530
> Marina.Braswell@usdoj.gov

Dated: December 17, 2007                             /s/  Ellen C. Brotman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP GARLAND, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOUSING & ) <br> URBAN DEVELOPMENT, et al., ) <br> ) <br>    Defendants. ) | Civil No. 07-1641 (RWR) |

**ORDER**

Upon consideration of Plaintiffs' unopposed Motion to Reschedule the Initial Scheduling Conference in the above-captioned case, it is this _____ day of _____, 2007 hereby ORDERED that the Motion is GRANTED.

The Initial Scheduling Conference in Garland, et al. v. HUD is now set for the following date and time:

_____.

BY THE COURT:


_____                    _____
DATE                           RICHARD W. ROBERTS
                               United States District Judge