UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP GARLAND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No.. 07-1641 (RWR) |
| ) | |
| U.S. DEPARTMENT OF HOUSING & ) | |
| URBAN DEVELOPMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED SCHEDULING REPORT TO THE COURT**

Pursuant to Local Civil Rule 16.3(c), and the Court's order dated December 6, 2007, the parties hereby provide the following proposed schedule in this case:

Statement of the Case

Plaintiffs Philip Garland, Garland Construction, Inc., and Wandering Streams, Inc. (Collectively, "Plaintiffs"), seek judicial review under the Administrative Procedure Act, 5 U.S.C. 702, of a decision by the United States Department of Housing and Urban Development [HUD] debarring plaintiffs and their affiliates from participating in procurement and non-procurement transactions with HUD for a period of six years.

Local Rule 16.3(c)

With respect to the provisions of Local Rule 16.3, defendants state as follows:

1.  Defendants believe that the case will be decided by dispositive motion; no dispositive motion has yet been filed.

2.  Defendants do not intend to join other parties and do not believe that factual or legal issues can be agreed upon or narrowed at this time.

3.  Defendants oppose assignment of this matter to a magistrate judge for all purposes.

4.  Defendants do not believe that the case can be settled.

5.  Defendants do not believe that the alternative dispute resolution system would be beneficial in this case.

6.  Defendants intend to file a dispositive motion and do not believe that discovery is appropriate in this case. Defendant suggests the following schedule:

(a) any dispositive motion shall be filed no later than 30 days after the scheduling conference;

(b) the opposition memorandum shall be filed 30 days thereafter; and

(c) the reply memorandum, if any, shall be filed 14 days after the opposition memorandum has been filed.

7.  Defendants want to dispense with initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8.  Defendants do not believe there should be any discovery in this case, given that judicial review under the Administrative Procedure Act is limited to the administrative record.

9.  Defendants do not believe that any expert witnesses will be used in this

case.

10. Not applicable.

11. Not applicable.

12. - 13. Not applicable. Judicial review is limited to the administrative record before the Court.

14. Defendants are aware of no other matters at present that need to be included in a scheduling order.

With respect to the provisions of Local Rule 16.3, plaintiffs state as follows:

1. Plaintiffs believe that the case will be decided by dispositive motion; no dispositive motion has yet been filed.

2. Plaintiffs do not intend to join other parties and do not believe that factual or legal issues can be agreed upon or narrowed at this time.

3. Plaintiffs oppose assignment of this matter to a magistrate judge for all purposes.

4. Plaintiffs believe that there is a realistic possibility that the case can be settled.

5. Plaintiffs do not believe that the alternative dispute resolution system would be beneficial in this case.

6. Plaintiffs intend to file a dispositive motion. Plaintiffs suggest the following schedule:

(a) any dispositive motion shall be filed no later than 60 days after the scheduling conference;

(b) the opposition memorandum shall be filed 30 days thereafter; and

(c) the reply memorandum, if any, shall be filed 14 days after the opposition memorandum has been filed.

7. Plaintiffs want to dispense with initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8. At this time, plaintiffs do not anticipate the need for discovery.

9. Plaintiffs do not believe that any expert witnesses will be used in this case.

10. Not applicable. This is not a class action.

11. Plaintiffs do not believe that discovery should be bifurcated.

12. - 13. Not applicable.

14. Plaintiffs are aware of no other matters at present that need to be included in a scheduling order.

The Court is respectfully referred to the enclosed proposed Scheduling Order.

Respectfully submitted,


JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530

(202) 514-7226


/s/ Ellen C. Brotman
ELLEN C. BROTMAN
Montgomery, McCracken,
    Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-7683
ebrotman@mmwr.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP GARLAND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 07-1641 (RWR) |
| | ) |
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, et al., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## **SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Proposed Scheduling Report, and the entire record in this case, it is this _____ day of _____, 2007 hereby

ORDERED, that the following schedule shall apply:

(a) any dispositive motion shall be filed no later than __ days after the scheduling conference;

(b) the opposition memorandum shall be filed 30 days thereafter; and

(c) the reply memorandum, if any, shall be filed 14 days after the opposition memorandum has been filed; and it is further

ORDERED that discovery shall be stayed until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

MARINA UTGOFF BRASWELL
Assistant U.S. Attorney
Judiciary Center Bldg.
555 4th St., N.W.
Washington, D.C. 20530
202-514-7226
202-514-8780 fax

Counsel for Defendants

/s/ Ellen C. Brotman
ELLEN C. BROTMAN
Montgomery, McCracken,
      Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-7683
ebrotman@mmwr.com

Attorney for Plaintiffs