```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


PHILIP GARLAND, et al.,          )
                                 )
     Plaintiffs,                 )
                                 )
     v.                          ) Civil No.. 07-1641 (RWR)
                                 )
U.S. DEPARTMENT OF HOUSING &     )
URBAN DEVELOPMENT, et al.,       )
                                 )
     Defendants.                 )
                                 )
```

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants move this Court for an enlargement of time, to and including March 7, 2008, in which to file defendant's dispositive motion in this case.  Lead defense counsel has been out of the office substantial amounts of time recently due to the death of her mother in January. Time in the office has largely been spent on work associated with Moore v. Chertoff, Civil No. 00-953 (D.D.C.) (RWR), a putative class action case currently involved in a lengthy evidentiary hearing.  Accordingly, she has not had time to coordinate with agency counsel the filing of the administrative record in this case and to complete defendants' motion.  She will need to be out of the office 3 days next week for the funeral and burial of her mother at Arlington.

Counsel for plaintiff has graciously consented to this motion.

For the foregoing reasons, defendants respectfully request that this unopposed enlargement be granted.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, DC BAR # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226