UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP GARLAND, <u>et</u> <u>al</u>.,          )
                                          )
    Plaintiffs,                        )
                                          )
    v.                                 ) Civil No.. 07-1641 (RWR)
                                          )
U.S. DEPARTMENT OF HOUSING &              )
URBAN DEVELOPMENT, <u>et</u> <u>al</u>.,      )
                                          )
    Defendants.                        )
_____       )

<u>DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME</u>

    Pursuant to Rule 6(b) of the Federal Rules of Civil
Procedure, defendants move this Court for a brief further
enlargement of time, to and including March 14, 2008, in
which to file defendant's dispositive motion in this case.
Lead defense counsel has been out of the office this week
due to illness, and when in the office she was in court
three days, in part, for an evidentiary hearing in <u>Moore</u> v.
<u>Chertoff</u>, Civil No. 00-953 (D.D.C.) (RWR), a putative class
action case before this Court.  Accordingly, she has not had
time to finish coordinating with agency counsel to complete
defendants' motion.  The additional time is needed to
complete the motion and allow for review and filing.

    Counsel for plaintiff has graciously consented to this
motion.

    For the foregoing reasons, defendant respectfully

requests that this unopposed enlargement be granted.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, DC BAR # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226