UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP GARLAND, <u>et</u> <u>al</u>.,          )
                                            )
    Plaintiffs,                       )
                                            )
    v.                                ) Civil No.. 07-1641 (RWR)
                                            )
U.S. DEPARTMENT OF HOUSING &                )
URBAN DEVELOPMENT, <u>et</u> <u>al</u>.,     )
                                            )
    Defendants.                       )
_____)

<u>DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD</u>

    Defendant hereby files the Administrative Record in

this case.  A copy of this record has been sent to

plaintiffs' counsel.

                  Respectfully submitted,


                  _____
                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                  United States Attorney


                  _____
                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                  Assistant United States Attorney


                  _____
                  MARINA UTGOFF BRASWELL, DC BAR # 416587
                  Assistant United States Attorney
                  U.S. Attorney's Office
                  555 4th Street, N.W. - Civil Division
                  Washington, D.C. 20530
                  (202) 514-7226

CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice of filing,

with a copy of the Administrative Record in this case, has

been sent to counsel for plaintiffs at:

ELLEN C. BROTMAN, Esq.
Montgomery, McCracken,
  Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

on this 18th day of March 2008.

_____
MARINA UTGOFF BRASWELL
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530