UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
PHILIP GARLAND et al., :
:
    Plaintiffs, :
:
v. : Civil Action No. 07-1641 (RWR)
:
U.S. DEPARTMENT OF HOUSING AND :
URBAN DEVELOPMENT et al., :
:
    Defendants. :
_____

## CONSENT NOTICE

In accordance with paragraph 3 of the Scheduling Order in this case, the deadlines in this case are altered by consent of all parties as follows:

| | |
|---|---|
| Plaintiffs' opposition and dispositive motion | May 22, 2008 |
| Defendants' reply and opposition | June 23, 2008 |
| Plaintiffs' reply | July 14, 2008 |

    Respectfully submitted,

April 15, 2008

/s/ Ellen C. Brotman
Ellen C. Brotman
ID # 71775
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
215-772-1500
Fax No. 215-772-7620
ebrotman@mmwr.com

-2-

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Consent Notice was sent on this date by electronic filing to:

      Marina Utgoff Braswell, Esquire
      U.S. Attorneys Office for the
        District of Columbia
      555 Fourth Street, NW
      Room 10-413
      Washington, DC  20530

Respectfully submitted,

April 15, 2008

/s/ Ellen C. Brotman
Ellen C. Brotman
ID # 71775
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
215-772-1500
Fax No. 215-772-7620
ebrotman@mmwr.com