UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          :
PHILIP GARLAND et al.,                   :
                                                          :
     Plaintiffs,                         :
                                                          :
v.                      :      Civil Action No. 07-1641 (RWR)
                                                          :
U.S. DEPARTMENT OF HOUSING AND  :
URBAN DEVELOPMENT et al.,          :
                                                          :
     Defendants.                    :
_____

## **CONSENT NOTICE**

In accordance with paragraph 3 of the Scheduling Order in this case, the deadlines in this case are altered by consent of all parties as follows:

| | |
|---|---|
| Plaintiffs' opposition and dispositive motion | June 23, 2008 |
| Defendants' reply and opposition | July 23, 2008 |
| Plaintiffs' reply | August 14, 2008 |

                                                                  Respectfully submitted,

May 16, 2008                                               /s/ Ellen C. Brotman
                                                                  Ellen C. Brotman
                                                                  ID # 71775
                                                                  Montgomery, McCracken,
                                                                      Walker & Rhoads, LLP
                                                                  123 South Broad Street
                                                                  Philadelphia, PA  19109
                                                                  215-772-1500
                                                                  Fax No. 215-772-7620
                                                                  ebrotman@mmwr.com

-2-

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Consent Notice was sent on this date by electronic filing to:

      Marina Utgoff Braswell, Esquire
      U.S. Attorneys Office for the
        District of Columbia
      555 Fourth Street, NW
      Room 10-413
      Washington, DC  20530

Respectfully submitted,

May 16, 2008

/s/ Ellen C. Brotman
Ellen C. Brotman
ID # 71775
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
215-772-1500
Fax No. 215-772-7620
ebrotman@mmwr.com