UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PHILIP GARLAND et al.,

    Plaintiffs,

    v.                                              Civil Action No. 07-1641 (RWR)

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT et al.,

    Defendants.
_____

## CONSENT NOTICE

On June 9th, 2008, Plaintiffs' requested from Defendants' the "tape recording" of the debarment hearing referred to in the Debarring Official's Determination. A.R. at 705. Defendants are currently searching for the "tape recording." In accordance with paragraph 3 of the Scheduling Order in this case, the deadlines in this case are altered by consent of all parties as follows:

| | |
|---|---|
| Plaintiffs' opposition and dispositive motion | July 30, 2008 |
| Defendants' reply and opposition | August 29, 2008 |
| Plaintiffs' reply | September 12, 2008 |

Respectfully submitted,

June 17, 2008

/s/ Ellen C. Brotman
Ellen C. Brotman
ID # 71775
Montgomery, McCracken,
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
215-772-1500
Fax No. 215-772-7620
ebrotman@mmwr.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Consent Notice was sent on this date by electronic filing to:

        Marina Utgoff Braswell, Esquire
        U.S. Attorneys Office for the
          District of Columbia
        555 Fourth Street, NW
        Room 10-413
        Washington, DC  20530

                              Respectfully submitted,

June 17, 2008                          /s/ Ellen C. Brotman
                                        Ellen C. Brotman
                                        ID # 71775
                                        Montgomery, McCracken,
                                            Walker & Rhoads, LLP
                                        123 South Broad Street
                                        Philadelphia, PA  19109
                                        215-772-1500
                                        Fax No. 215-772-7620
                                        ebrotman@mmwr.com